

Kamelia "Mia" Poppe, Esq.,
Managing Partner
Miapoppe@nylawsa.com

January 7, 2026

**VIA ECF**
The Honorable Jesse M. Furman
Thurgood Marshall U.S. Courthouse
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

RE: Calle v. Kearney –1:25-cv-01265-JMF – Unavailability for Conference

Dear Judge Furman:

I represent Cannon C. Kearney, Defendant in the above-referenced matter. I am in receipt of a court notice to appear for a Status Conference on January 8, 2026 at 11:15 AM.

Unfortunately, I will not be able to appear in person or virtually, as I will be traveling to Ohio for my aunt's funeral. Please see below for the funeral announcement:

https://share.google/HvzMJbEjpQQIdyc97

Request is respectfully made for the Court to adjourn the status conference for a date after Tuesday, January 13, 2026. I am available Thursday, January 15 between 10:30 AM - 4:00 PM to appear in person for the Court's requested Status Conference.

Thank you for the Court's consideration to this sensitive matter.

Respectfully submitted,

New York, New York
Dated: January 7, 2026

The Law Firm of Poppe and Associates, PLLC
Kamelia "Mia" Poppe, Esq.
142 West 57th Street, Suite 1007
New York, NY 10019
Ph.: 212.792.9501
*Attorneys for Cannon Kearney*

Application GRANTED. The conference scheduled for January 8, 2026 is hereby ADJOURNED to **January 15, 2026 at 3:15 p.m.** in **Courtroom 24B** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY.

The Clerk of Court is directed to terminate ECF No. 37.

SO ORDERED.

January 7, 2026