UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                       :

RUTH CALLE,                           :

               Plaintiff,         :

                           :        25-CV-1265 (JMF)

      -v-                   :

                           :           ORDER

CANNON KEARNEY,           :

                           :

             Defendant.     :

                           :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today:

- Defendant shall respond to the ESI protocol proposal no later than **January 20, 2026.**

- The parties shall complete document discovery no later than **January 29, 2026.**

- The Parties shall file a joint letter no later than **February 2, 2026,** confirming that document discovery is complete.  Plaintiff's counsel should indicate in the letter whether they maintain their request to withdraw as counsel (and Defendant should indicate if he opposes).  In the meantime, Plaintiff should endeavor to find new counsel (unless she plans to represent herself), as the Court is unlikely to pause the case (let alone for 90 days) in the event that counsel is permitted to withdraw.  To be clear, unless and until the Court grants the motion to withdraw, counsel remains counsel of record.

- Upon receipt of the joint letter, the Court will set new dates for the completion of fact and expert discovery.

- The mediation scheduled for February 26, 2026, shall proceed as scheduled.

SO ORDERED.

Dated: January 15, 2026
      New York, New York

_____
            JESSE M. FURMAN
            United States District Judge