UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :
RUTH CALLE,                  :
                  :
          Plaintiff,       :
                  :       25-CV-1265 (JMF)
      -v-             :
                  :         ORDER
CANNON KEARNEY,       :
                  :
         Defendant.     :
                  :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the conference held earlier today:

- The parties shall proceed with the mediation scheduled for February 26, 2026.

- Plaintiff is authorized to take a limited deposition (not to exceed three hours) of Defendant regarding Defendant's efforts (or lack thereof) to comply with his discovery obligations no later than **February 26, 2026**.

- Plaintiff shall file any motion for sanctions no later than **March 12, 2026.**  Any opposition shall be filed no later than **March 26, 2026.**  Any reply shall be filed no later than **April 2, 2026.**

- Discovery is otherwise paused pending further order of the Court.

The Clerk of Court is directed to terminate ECF No. 51.

     SO ORDERED.

Dated: February 12, 2026
     New York, New York          _____
                                JESSE M. FURMAN
                          United States District Judge